U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MAR 21  AM 11: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### Northern Division

ROSS M. WOLFE, On Behalf of Himself and
All Other Similarly Situated Employees

    Plaintiff,

v.

AGV SPORTS GROUP, INC., AND
MICHAEL PARROTTE,

    Defendants.

Civil Action No. 1:14-cv-1601 CCB

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) AGV Sports Group, Inc. and Michael Parrotte pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). No class has been certified in this action and no consideration has been exchanged between the parties; each party shall bear its own costs.

Dated: March 18, 2016

Respectfully submitted,                    Respectfully submitted,

*Approved CCB wod 3/21/16*